**Nos. 26-1774, 26-1779**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in the official capacity as president of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the District of Massachusetts

## UNOPPOSED JOINT MOTION FOR EXTENSION OF OPENING BRIEFS

1. This case concerns a challenge to Executive Order 14,399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, 91 Fed. Reg. 17,125 (Mar. 31, 2026) (EO or Order). The district court held that plaintiffs could challenge the Order as to the November 2026 election, that Sections 2 and 3 of the Order are "legally void" as *ultra vires* and violate the separation of powers, and enjoined the federal defendants from implementing those sections of the Order with respect to the November election. *See* Dkt. 191, at 34-37. Of particular relevance, the district court construed Section 3 of the Order as directing the Postal Service "to compile its own Lists of individuals eligible to vote by mail and [to] prohibit[] the transmission of a mail-in ballot completed by anyone not on [the Postal Service's] Lists." *Id.* at 30. The court concluded that the Postal Service "lacks statutory authorization to promulgate any binding regulations on mail-in voting." *Id.* at 30.

2. The federal defendants appealed that injunction, giving rise to the present appeal (26-1774). Intervenor-defendants have also appealed (26-1779), and the two appeals are consolidated. On August 24, 2026, the Supreme Court stayed the injunction. *See Trump v. California*, No. 26A124, 2026 WL 2473573, at *1 (U.S. Aug. 24, 2026). The Supreme Court explained that the federal defendants are likely to prevail because the district court lacked jurisdiction to enter the judgment and the balance of the equities favored a stay.

3. Following the Supreme Court's order, on August 26, 2026, the U.S. Postal Service (USPS) published a Final Rule in the Federal Register. The States have since amended their complaint to challenge the final rule issued by USPS. The district court subsequently entered a TRO and then a preliminary injunction on plaintiffs' claims against the final rule. Defendants appealed each of those orders to this court and sought a stay in each case. *See California v. USPS*, No. 26-1987 (1st Cir.); *California v. USPS*, No. 26-2031 (1st Cir.).

4. The opening briefs in this appeal are currently due September 21, 2026. The federal government and the intervenor-defendants hereby move for a 60-day extension of time to file the opening briefs in this consolidated appeal, to and including Friday, November 20, 2026. An extension of the opening briefs serves the interest of judicial economy, particularly in light of the separate injunction that specifically addresses the USPS Final Rule.

5. Even apart from those savings, the extension would be warranted because undersigned counsel for the federal defendants has been occupied with numerous other matters, including stay litigation before this Court in the two appeals related to the final rule; *Lee v. Trump*, No. 26-7052, and consolidated cases (D.C. Cir.) (opening brief filed Sept. 1, 2026); and *Elite Precision v. ATF*, No. 25-11206 (5th Cir.) (oral argument presented on Sept. 2, 2026). Undersigned counsel for the federal defendants has also been out of the office on medical leave following surgery on September 8, 2026, and anticipates being out on medical leave at least through next week.

5. We have consulted with plaintiffs' counsel, and they do not oppose this motion.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ *Laura E. Myron*
LAURA E. MYRON
JENNIFER UTRECHT
*Counsel for the Federal Defendants*
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-1754

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL

*/s/ A. Barrett Bowdre*
A. Barrett Bowdre, 1222562
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III, #1215872
*Solicitor General*
Graham D. Miller, #1222440
*Deputy Solicitor General*
J. Michael Patton, #1223909
*Deputy Solicitor General*
Benjamin S. Gilberg, #1223910
*Deputy Solicitor General*
Missouri Attorney General's Office

815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov
Michael.Patton@ago.mo.gov
Graham.Miller@ago.mo.gov

SEPTEMBER 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 526 words, according to the count of Microsoft Word.

*/s/ Laura E. Myron*
LAURA E. MYRON