# United States Court of Appeals
## For the First Circuit

No. 26-1774

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

Defendants - Appellants.

No. 26-1779

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of

Pennsylvania,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

Defendants,

-----------------------------------------------

STATE OF ALABAMA; STATE OF MISSOURI; STATE OF FLORIDA; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS,

Interested Parties - Appellants.

---

**ORDER OF COURT**

Entered: September 21, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Frank J. Bisignano, Todd Blanche, Derek T. Kan, Amber McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald Stroman, Daniel Mark Tangherlini, Donald J. Trump, Douglas Tulino, US Dept. of Homeland Security, US Postal Service, United States Department of Justice, State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma,

State of South Carolina, State of South Dakota and State of Texas to file a brief and appendix be enlarged to and including **November 20, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: James J. Arguin, Vanessa Arslanian, Cody S. Barnett, Allen Barr, James A. Barta, Samantha Bateman, Peter Baumann, Angela Behrens, Anne P. Bellows, Inga S. Bernstein, Richard D. Bernstein, Joshua Paul Bohn, Alexander Barrett Bowdre, Jacob Boyer, Tillman J. Breckenridge, Nicholas W. Brown, Malcolm Andreas Brudigam, Monroe David Bryant Jr., Louis Joseph Capozzi III, Stephen Seungkun Cha-Kim, Jared B. Cohen, Michael Surren Cohen, Bailey Colfax, Christian B. Corrigan, David M.S. Dewhirst, Kyla Duffy, Carey Dunne, Lisa Catherine Ehrlich, Rayford A. Farquhar, Ian Fein, Michael J. Fischer, Grant Michael Flynn, Monica Pilar Folch, Kyle R. Freeny, Garry M. Gaskins II, Abraham R. George, Benjamin S. Gilberg, Neil Giovanatti, James Grayson, Ruth M. Greenwood, Erik Grill, Samuel Thomas Harbourt, Karen J. Hartman-Tellez, Tera M. Heintz, Alex Hemmer, Kiel Ireland, Ryan P. Kane, Vanessa L. Kassab, Robert A. Koch, David C. Kravitz, Ian R. Liston, Donald Campbell Lockhart, Lynn Kristine Lodahl, Jonathan B. Mangel, Graham Miller, Jonathan Benjamin Miller, Michael Patrick Moore Jr., Daniel Paul Mosteller, Rabia Muqaddam, Maura Bridget Murphy, Meghan Musso, Laura Myron, John Michael Patton, Aaron Daniel Pennekamp, Ian D. Prior, Kevin Lee Quade, Jane Reilley, Dimitri N. Rocha, James R. Rodriguez, Cristina Sepe, Robert William Setrakian, Karl D. Smith, Kelsey L. Smith, Joseph David Spate, Heidi Parry Stern, Shannon Wells Stevenson, Katherine Thompson, William M. Tong, Syreeta Tyrell, Jennifer Utrecht, Judith N. Vale, Caroline S. Van Zile, Virginia Anne Williamson